IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

Case No.  14-17484-HRT
IN RE: Chapter 13

Suzan Rene Harding aka Rene Harding

Debtor(s).

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2015-RPL3 Trust, Mortgage-Backed Notes, Series 2015-RPL3,

Movant,

vs.

Suzan Rene Harding aka Rene Harding
and
Douglas B. Kiel, Bankruptcy Trustee.

## ORDER APPROVING STIPULATION AND RESOLVING MOTION FOR RELIEF FROM STAY

THIS MATTER, having come before the Court upon the Parties' Motion to Approve Stipulation and Stipulation Resolving Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2015-RPL3 Trust, Mortgage-Backed Notes, Series 2015-RPL3's Motion for Relief from Stay.

THE COURT, having reviewed the file and the Stipulation, finds that the Stipulation is proper; and hereby

ORDERS that the terms of the Stipulation are hereby approved and made an order of the court for the duration of the case, and that the Motion for Relief from Stay is withdrawn.

DATED this _____day of _____, 20__.

BY THE COURT:

_____
U.S. Bankruptcy Court Judge

File No. 15-02793 (22)